**Jorge Arturo SOTO–OLARTE; Maria Jesus Esteves–La Torre, Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 06–71822.**

United States Court of Appeals, Ninth Circuit.

Filed Nov. 14, 2008.

Edgardo Quintanilla, Esquire, Sherman Oaks, CA, for Petitioners.

CAC–District, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Thomas H. Dupree, Jr., Esquire, Joshua P. Jones, Esquire, Song Park, U.S. Department of Jus-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: NOONAN, W. FLETCHER and GOULD, Circuit Judges.

## ORDER

The court withdraws its memorandum disposition filed on June 30, 2008.

Respondent's Petition for Rehearing En Banc is therefore dismissed as moot.

The parties are instructed to file simultaneous briefs addressing: (1) whether an Immigration Judge ("IJ") can consider discrepancies between Petitioner's testimony and other evidence in making a credibility determination, when Petitioner was on notice of the discrepancies and the need to explain those discrepancies but the IJ did not question Petitioner about them; and (2) if an IJ cannot consider the discrepancies in making a credibility determination, whether under the circumstances of this case the panel may or must direct that Petitioner's testimony be deemed credible on remand.

The supplemental brief of each party shall not exceed fifteen (15) pages in length and shall be filed on or before twenty-one (21) days from the date of filing of this order. The briefs shall conform with Ninth Circuit Rule 32–3.